**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar No. 1396
mqc@call-law.com
**BROOKE A. BOHLKE, ESQ.**
Nevada Bar No. 09374
bab@call-law.com
**CALLISTER + ASSOCIATES, LLC**
823 Las Vegas Boulevard South, 5th Floor
Las Vegas, Nevada 89101
Telephone:  (702) 385-3343
Facsimile:   (702) 385-2899
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FILEMON LOPEZ-CASTRO, as administrator for the estate of EDUARDO LOPEZ-HERNANDEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF NEVADA EX REL., NEVADA HIGHWAY PATROL, et al.,<br><br>Defendants. | Case No.   2:11-cv-01014-KJD-LRL<br><br>**STIPULATION AND ORDER TO VACATE HEARING AND BRIEFING SCHEDULE ON PETITIONS FOR COMPROMISE OF MINORS' CLAIMS [86] & [88]** |

   IT IS HEREBY STIPULATED AND AGREED  by and between Plaintiffs by and through counsel of record Matthew Q. Callister, Esq. and Brooke A. Bohlke, Esq. of the law firm of Callister + Associates, LLC, and Defendants State of Nevada Ex Rel, by and through counsel of record Stephen D. Quinn, Esq., of the Office of the Attorney General, and Defendants Henderson Police Department, City of Henderson, and Michael Corad, by and through counsel of record Nancy D. Savage, Esq. as follows:

IT IS HEREBY STIPULATED AND AGREED that the Petitions for Compromise of Minors' Claim [86] & [88] are withdrawn and the briefing schedule and hearing set for March 13, 2013 regarding the Petitions for Compromise of Minors' Claim [86] & [88] be vacated as the Parties believe that the proper jurisdiction for the Petitions for Compromise of Minors' Claim is the Eighth Judicial District Court.

DATED this 27th day of February 2013.          DATED this 27th day of February 2013.

 /s/ Brooke A. Bohlke, Esq.                      /s/ Nancy D. Savage, Esq.
MATTHEW Q. CALLISTER, ESQ.                NANCY D. SAVAGE, ESQ.
Nevada Bar No. 1396                       Nevada Bar No. 392
BROOKE A. BOHLKE, ESQ.                    Assistant City Attorney
Nevada Bar No. 09347                      240 Water St., MSC 144
CALLISTER + ASSOCIATES, LLC               Henderson, Nevada 89009
823 Las Vegas Blvd. S, Fifth Floor        *Attorney for City of Henderson*
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

DATED this 27th day of February 2013.

 /s/ Stephen D. Quinn, Esq.
STEPHEN D. QUINN, ESQ.
Nevada Bar No. 5746
OFFICE OF THE ATTORNEY GENERAL
100 North Carson Street
Carson City, Nevada 89701
*Attorneys for Defendants State of Nevada, Nevada Highway Patrol, Scott Simon, Jorge Hernandez, Brittany Burtner, Heather Neely, and Kevin McNeal*

**ORDER**

**IT IS SO ORDERED.**

DATED this 12th day of March 2013.

_____
U.S. DISTRICT COURT JUDGE